# EXHIBIT 1

# Esta Era la Banca de Cuba a la Llegada del Comunismo

Diciembre 31, 1958

## Bancos Nacionales

| Bancos | Activos | Préstamos | Depósitos | Capital y Reservas |
|---|---|---|---|---|
| 1. The Trust Co. of Cuba | 231,292,918 | 92,652,146 | 215,333,428 | 12,410,053 |
| 2. Banco Núñez | 105,072,054 | 51,451,899 | 88,402,019 | 7,882,020 |
| 3. Banco Continental | 100,005,100 | 49,287,449 | 92,179,116 | 3,639,683 |
| 4. Banco Agrícola e Industrial | 50,611,505 | 25,674,004 | 45,755,448 | 4,800,000 |
| 5. Banco Gelats | 50,081,088 | 23,518,955 | 43,407,378 | 5,724,911 |
| 6. Banco de los Colonos | 28,631,778 | 17,171,504 | 20,738,901 | 3,643,000 |
| 7. Banco Pujol | 25,073,065 | 10,142,714 | 23,026,021 | 1,014,750 |
| 8. Banco Pedroso | 17,399,693 | 9,329,355 | 15,907,475 | 1,255,382 |
| 9. Banco Godoy Sayán | 18,055,657 | 4,700,596 | 15,137,138 | 801,670 |
| 10. Industrial Bank | 15,484,975 | 6,324,542 | 12,880,921 | 790,468 |
| 11. Banco Garrigó | 15,330,891 | 7,885,327 | 13,110,554 | 1,552,830 |
| 12. Banco Financiero | 15,147,083 | 7,715,325 | 12,057,600 | 1,264,923 |
| 13. Banco Hispano Cubano | 12,708,517 | 6,197,043 | 10,435,550 | 878,532 |
| 14. Banco de la Construcción | 9,201,520 | 4,802,691 | 7,302,351 | 1,252,407 |
| 15. Banco Agrícola y Mercantil | 9,263,280 | 4,242,069 | 8,099,117 | 882,587 |
| 16. Banco González y Hno. | 7,048,964 | 2,685,608 | 6,217,104 | 510,785 |
| 17. Banco Hipotecario Mendoza | 5,804,110 | 3,117,032 | 5,213,424 | 542,497 |
| 18. Banco Franco Cubano | 5,425,976 | 2,620,797 | 4,085,320 | 726,200 |
| 19. Banco Asturiano de Ahorros | 4,744,157 | 2,685,570 | 3,854,840 | 778,837 |
| 20. Banco Crédito e Inversiones | 2,212,767 | 70,745 | 1,100,735 | 1,198,284 |
| **Totales** | **724,876,064** | **331,868,431** | **645,011,239** | **50,900,008** |

## Bancos Extranjeros

| Bancos | Activos | Préstamos | Depósitos | Capital y Reservas |
|---|---|---|---|---|
| 1. Royal Bank of Canada | 151,821,274 | 72,350,620 | 142,741,725 | 7,481,831 |
| 2. National City Bank | 104,055,722 | 57,541,323 | 90,527,177 | 4,708,140 |
| 3. First National Bank of Boston | 78,302,650 | 39,423,879 | 70,830,223 | 3,745,000 |
| 4. Bank of Nova Scotia | 58,063,830 | 21,020,207 | 53,782,720 | 2,701,844 |
| 5. Chase Manhattan Bank | 54,750,534 | 25,715,154 | 50,378,708 | 4,000,000 |
| 6. Banco de China | 11,788,295 | 4,876,814 | 11,125,790 | 597,090 |
| **Totales** | **457,382,324** | **220,825,000** | **424,386,354** | **23,234,611** |
| **GRAN TOTAL** | **1,182,258,288** | **552,693,430** | **1,069,407,593** | **74,224,619** |