# EXHIBIT 3

BANCO NUÑEZ

Miembro de Asociados de Bancos de Cuba                                                                    Unión de Bancos Cubanos

BALANCE DE SITUACION: DICIEMBRE 31 DE 1959

A C T I V O

| | | |
|---|---|---|
| Efectivo en Caja Centralizada en Banco Nacional de Cuba | $ 9.923.775.47 | |
| Saldos con otros Bancos y recibos de Caja en proceso de cobro | 1.541.417.85 | $ 11.465.193.32 |
| Valores públicos Nacionales | | 24.580.372.50 |
| Acciones del Banco Nacional de Cuba | | 194.900.00 |
| Otros Bonos y Acciones | | 818.504.89 |
| Préstamos y Descuentos | | 43.780.441.12 |
| Préstamos Hipotecarios Asegurados o Asegurables en F.H.A. | | 8.104.493.09 |
| Muebles y Enseres | | 548.615.64 |
| Otros Inmuebles | | 1.488.265.17 |
| Aceptaciones de clientes bajo Créditos Comerciales | | 654.501.83 |
| Otros Activos: | | |
| Valores Prestados | $ 2.290.035.00 | |
| Remesas en Tránsito entre sucursales | 3.161.636.78 | |
| Varios | 2.301.316.19 | 7.752.987.97 |
| Total de Activo | | $ 99.388.275.53 |

P A S I V O   Y   C A P I T A L

| | | |
|---|---|---|
| Depósitos | | $ 74.657.158.71 |
| Efectos a pagar, Redescuentos y otros Pasivos por concepto de Préstamos | | 15.578.252.89 |
| Hipotecas y Gravámenes | | 7.325.00 |
| Aceptaciones pendientes bajo créditos comerciales hechas por este Banco o por su cuenta | | 634.690.75 |
| Otros pasivos | | 358.931.50 |
| | Total Pasivo | $ 91.236.358.85 |
| Capital | $ 1.000.000.00 | |
| Reservas de Previsión | 5.400.000.00 | |
| Utilidades no repartidas | 101.916.68 | |
| Otras Reservas | 1.650.000.00 | |
| Total del Capital | | 8.151.916.68 |
| Total del Pasivo y Capital | | $ 99.388.275.53 |

MEMORANDA

Activos dados en prenda para garantizar pasivos $ 10.064.902.50

ES COPIA FIEL DEL BALANCE REMITIDO AL BANCO NACIONAL DE CUBA