# EXHIBIT 8



## BANCO NACIONAL DE CUBA

RESOLUCION NUMERO VEINTIDOS DE 1990

POR CUANTO: El Decreto-Ley No. 84 de 15 de octubre de 1984, en el Artículo 5 dispone que los bancos extranjeros que deseen establecer oficinas de representación en Cuba deberán presentar su solicitud al Banco Nacional de Cuba para la obtención de la licencia correspondiente.

POR CUANTO: La Resolución No. 175 del Banco Nacional de Cuba, de fecha 20 de junio de 1987 que contiene el Reglamento para la autorización del establecimiento en Cuba de bancos y oficinas de representación por parte de ... regula los trámites y requisitos para la solicitud y concesión de la referida licencia.

POR CUANTO: El banco denominado National Bank of Canada debidamente constituido y autorizado a operar de conformidad con las leyes de su país, con sede en Montreal, Canadá solicitó al Banco Nacional, según ... a nombre de su Presidente, el otorgamiento de la licencia para el establecimiento de una oficina de representación en Cuba.

POR CUANTO: El National Bank of Canada ha cumplido con los requisitos establecidos en las disposiciones legales antes citadas, necesarios para la apertura de su oficina de representación en Cuba.

POR CUANTO: El mencionado Decreto-Ley No. 84 en el Artículo 50 inciso ... faculta al Ministro Presidente del Banco Nacional de Cuba para la toma de disposiciones de cumplimiento obligatorio por todos los participantes del Sistema Bancario Nacional.

POR CUANTO: El que resuelve fue nombrado Presidente del Banco Nacional de Cuba por acuerdo del Consejo de Estado de fecha 6 de noviembre de 1989, y que fue ratificado mediante acuerdo de la Asamblea ... del Poder Popular de 27 de diciembre del propio año.

POR TANTO: En uso de las facultades que me están conferidas,

R E S U E L V O:

ÚNICO: Otorgar al National Bank of Canada la licencia correspondiente para el establecimiento en Cuba de una oficina de representación con sujeción a que dicha oficina al texto que se anexa a la presente Resolución.

COMUNÍQUESE: al Presidente del National Bank of Canada, a los Vicepresidentes Primeros, a los Vicepresidentes, al Auditor General del Banco Nacional de Cuba, al Ministro del Ministerio de Finanzas y Precios, al Ministro de Comercio Exterior, al Presidente de la Cámara de Comercio de Cuba y al Director de la Empresa para la Prestación de Servicios a Extranjeros (CUBALSE) y archívese el original en Secretaría.

PUBLÍQUESE en la Gaceta Oficial de la República.

Dada en la ciudad de La Habana, a los *** días del mes de enero de 1995.

Héctor [signature]
Ministro [illegible]

ANEXO

# LICENCIA

Para establecer, por tiempo indefinido, OFICINA DE REPRESENTACION en el territorio de la República de Cuba.

Esta LICENCIA le autoriza a llevar a cabo la gestión, promoción y coordinación de actividades lucrativas relacionadas con el negocio de la banca, que se realicen entre el banco representado y los bancos del Sistema Bancario Nacional y otras entidades nacionales incluidas aquellas que tienen participación de capital extranjero, de acuerdo a lo que se establece a continuación:

1. Gestionar, promover o coordinar el otorgamiento de depósitos, créditos, préstamos y demás formas de facilidades crediticias en monedas libremente convertibles con entidades nacionales incluidas aquellas que tienen participación de capital extranjero.

2. Gestionar, promover o coordinar el otorgamiento de avales, garantías y demás formas de afianzamientos o garantías bancarias con entidades nacionales incluidas aquellas que tienen participación de capital extranjero.

3. Gestionar o coordinar el pago o reembolso de gastos por concepto de comisiones y otros semejantes entre el banco representado y entidades nacionales, incluidas aquellas que tienen participación de capital extranjero.

4. Gestionar, o coordinar el pago de intereses correspondientes a operaciones realizadas entre el banco representado y entidades nacionales, incluidas aquellas que tienen participación de capital extranjero.

5. Gestionar, promover o coordinar la realización de acuerdos de corresponsalía entre el banco representado y entidades bancarias y financieras nacionales incluidas aquellas que tienen participación de capital extranjero.

6. Gestionar, promover o coordinar la realización de todas aquellas transacciones comerciales que conlleven a la participación, en el negocio en cuestión, del banco representado y entidades nacionales incluidas aquellas que tienen participación de capital extranjero.

7. Gestionar, promover o coordinar la realización de todos aquellos negocios bancarios lícitos entre el banco representado y entidades nacionales incluidas aquellas que tienen participación de capital extranjero.

Queda prohibido a la OFICINA DE REPRESENTACION realizar operaciones bancarias de tipo alguno en Cuba.

La OFICINA DE REPRESENTACION suministrará al Banco Nacional de Cuba y demás organismos que correspondan los datos e informes que se le soliciten, ya sea para su conocimiento o con motivo de las inspecciones que este realice, así como exhibir a sus funcionarios, para su examen, los libros, documentos y demás antecedentes que soliciten.

La OFICINA DE REPRESENTACION, deberá solicitar su inscripción en

al Registro General de Bancos dentro de los sesenta días hábiles siguientes a la fecha de emisión de la presente licencia, transcurridos los cuales sin solicitar la misma, se considerará nula y sin valor esta licencia.

Para su inscripción en el Registro General de Bancos, la OFICINA DE REPRESENTACION, presentará al Secretario del Banco Nacional de Cuba los siguientes documentos:

- Escrito dirigido al Secretario del Banco Nacional de Cuba expresando:

  . Nombre y demás generales del solicitante.
  . Carácter y facultades del solicitante.
  . Denominación y domicilio legal de la entidad bancaria que representa.
  . Domicilio en Cuba de la OFICINA DE REPRESENTACION
  . Actividades que desea realizar en Cuba dicha entidad.

- Certificación de la licencia otorgada por el Banco Nacional de Cuba.

- Copia legalizada de la escritura de constitución y estatutos de la entidad bancaria a la que representa la oficina.

- Balance General certificado de la institución bancaria representada, correspondiente al último año fiscal anterior a la fecha de su establecimiento en Cuba.

La certificación que emita el Registro General de Bancos es el documento que acredita que la OFICINA DE REPRESENTACION en Cuba, representa al National Bank of Canada

Dada en la Ciudad de La Habana, a los ... días del mes de enero de 1995.

Héctor Rodríguez Llompart
Ministro Presidente

BANCO NACIONAL DE CUBA [NATIONAL BANK OF CUBA]

RESOLUTION NUMBER TWENTY-TWO OF 1995

WHEREAS: Decree-Law No. 84 of October 13, 1984, provides in Article 8 that foreign banks wishing to set up representative offices in Cuba must submit their application to Banco Nacional de Cuba to obtain the applicable license;

WHEREAS: Resolution No. 173 of Banco Nacional de Cuba, dated June 30, 1987 containing the "Regulations for the authorization of the establishment of banks and bank representative offices in Cuba", regulates the processing and requirements for the application and issue of said license;

WHEREAS: The Bank named National Bank of Canada, duly registered and authorized to operate in compliance with regulations in effect in Montreal, Canada, through its President, applied to Banco Nacional de Cuba to issue the license to establish its representative office in Cuba;

WHEREAS: National Bank of Canada has complied with the requirements set forth in the legal provisions cited above, required to open its representative office in Cuba;

WHEREAS: Said Decree-Law No. 84, in Article 52, subparagraph b1, grants the Minister President of Banco Nacional de Cuba the power to enact compliance provisions which are mandatory for all members of the National Banking System;

WHEREAS: The issuer of the resolution was appointed President of Banco Nacional de Cuba by Agreement of the Council of State on November 5, 1985, approved by agreement of the National Assembly of People's Power on December 27 of the same year.

THEREFORE: Using the powers conferred upon me,

I RESOLVE:

SOLE [ARTICLE]: To issue the applicable license to National Bank of Canada to establish a representative office in Cuba under the terms provided in the text attached to this resolution.

TO BE MADE KNOWN: To the President of National Bank of Canada, the First Vice Presidents, Vice Presidents, the Auditor General of Banco Nacional de Cuba, the Minister of the Ministry of Finance and Pricing, the Minister of Foreign Trade, the President of the Cuban Chamber of Commerce and the Director of CUBALSE, [Enterprise for the Provision of Services to Foreigners] and original to be filed in the Office of the Secretary.

TO BE PUBLISHED in the Gaceta Oficial de la Republica [Official Gazette of the Republic].

Issued in the City of Havana, on the 20th day of the month of January 1995.


Hector Rodriguez Llompart
Minister President

ATTACHMENT

## LICENSE

To establish, indefinitely, a REPRESENTATIVE OFFICE in the territory of the Republic of Cuba.

This LICENSE authorizes you to conduct, promote and coordinate money-making activities connected to the bank's business, conducted between the represented bank and the banks in the National Banking System and other national entities, including those with foreign shareholders, in accordance with that established below:

1. Manage, promote or coordinate the issue of deposits, credits, loans and other forms of credit facilities in freely convertible currencies with national entities, including those with foreign shareholders.

2. Manage, promote or coordinate the issue of guarantees, warranties and other forms of surety or bank guarantees with national entities, including those with foreign shareholders.

3. Manage or coordinate payment or reimbursement of expenses for commissions and other similar items between the representative bank and national entities, including those with foreign shareholders.

4. Manage or coordinate payment of interest for transactions made between the represented bank and national entities, including those with foreign shareholders.

5. Manage, promote or coordinate the execution of correspondent agreements between the represented bank and national banking and financial entities, including those with foreign shareholders.

6. Manage, promote or coordinate the execution of all trade transactions which entail the participation, in the business in question, of the representative bank and national entities, including those with foreign shareholders.

7. Manage, promote or coordinate the conduct of all lawful banking business between the represented bank and national entities, including those with foreign shareholders.

The REPRESENTATIVE OFFICE is prohibited from performing banking operations of any kind in Cuba.

The REPRESENTATIVE OFFICE will furnish the information and reports requested by Banco Nacional de Cuba and other applicable bodies, whether for their knowledge or by reason of the inspections they conduct, as well as showing the books, documents and other background information requested, to Banco Central de Cuba officials for their examination.

The REPRESENTATIVE OFFICE, must apply to register in

the General Register of Banks within the sixty business days following the date of issue of this license. Once this period has passed without applying for it, this license will be considered null and void.

To register in the General Register of Banks, the REPRESENTATIVE OFFICE will submit the following documents to the Secretary of Banco Nacional de Cuba:

- Letter addressed to the Secretary of Banco Nacional de Cuba stating:
  - Applicant's name and other general information.
  - Applicant's nature and powers.
  - Name and legal domicile of the banking entity it represents.
  - Domicile of the REPRESENTATIVE OFFICE in Cuba
  - Activities that said entity wishes to perform in Cuba.
- Certification of the license issued by Banco Nacional de Cuba.
- Notarized copy of the articles of incorporation and by-laws of the banking entity which the office represents.
- Certified Balance Sheet of the banking institution represented, for the last financial year prior to the date of its establishment in Cuba.

The certification issued by the General Register of Banks is the document which confirms that the REPRESENTATIVE OFFICE in Cuba represents National Bank of Canada.

Issued in the City of Havana, on the 20th day of the month of January 1995.

[signature]

Héctor Rodrigues Llompart
Minister President


TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "**4 - NatBC**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish (CU) into English.

Aurora Landman

Sworn to before me this
August 19, 2019

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE