**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 19-CV-22842-DPG**

SUCESORES DE DON CARLOS
NUÑEZ Y DOÑA PURA GALVEZ,
INC., d/b/a BANCO NUÑEZ,

    Plaintiff,

vs.

SOCIÉTÉ GÉNÉRALE, S.A., d/b/a
SG AMERICAS, INC.; THE BANK OF
NOVA SCOTIA, d/b/a SCOTIA
HOLDINGS (US) INC., a/k/a THE BANK
OF NOVA SCOTIA, MIAMI AGENCY;
THE NATIONAL BANK OF CANADA,
d/b/a NATIONAL BANK OF CANADA
FINANCIAL GROUP, INC.; and BANCO
BILBAO VIZCAYA ARGENTARIA, S.A.,
d/b/a BBVA, USA.,

    Defendants.
_____/

## NOTICE OF FILING REVISED PROPOSED SUMMONSES

Pursuant to the Court's November 13, 2019 Order [DE30], Plaintiff hereby gives notice of filing revised proposed Summonses upon Defendants The Bank of Nova Scotia, d/b/a Scotia Holdings (US) Inc., a/k/a The Bank of Nova Scotia, Miami Agency; The National Bank of Canada, d/b/a National Bank of Canada Financial Group, Inc.; and Banco Bilbao Vizcaya Argentaria, S.A., d/b/a BBVA, USA, attached hereto as Exhibits 1-3.

Dated: December 3, 2019.          Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
*Counsel for Plaintiff*
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

By: */s/Javier A. Lopez, Esq.*
    Javier A. Lopez, Esq.
    Florida Bar No. 16727
    jal@kttlaw.com
    Dwayne A. Robinson, Esq.
    Florida Bar No. 99976
    drobinson@kttlaw.com
    Stephanie M. Gomez, Esq.
    Florida Bar No. 112095
    sgomez@kttlaw.com
    Evan J. Stroman, Esq., CPA
    Florida Bar No. 118929
    estroman@kttlaw.com

**LAW OFFICES OF PAUL A. SACK, P.A.**
*Counsel for Plaintiff*
1210 Washington Ave., Ste. 245
Miami Beach, Florida 33139
Tel: (305) 397-8077
Fax: (305) 763-8057

By: */s/ Paul A. Sack*
    Paul A. Sack, Esq.
    Florida Bar No. 363103
    paul@paulsacklaw.com
    ps1619@bellsouth.net
    Brandon R. Deegan, Esq.
    Florida Bar No. 117368
    deegan@paulsacklaw.com